# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 4, 2021

## NO. 03-19-00724-CV

**ACP Insurance Intermediate, LLC; ACP Insurance Holdings, Inc.; ACP Insurance Holdings, LP; Embark Insurance, LLC; Embark Holdco Management, LLC; Embark Insurance Intermediate, LLC; Embark Corporate Services, LLC; Embark General Insurance Adjusters, LLC; Embark General Insurance Agency, LLC; ACP Insurance Finance, Inc.; ACPI (Assignment for the Benefit of Creditors), LLC; ACPAHM (Assignment for the Benefit of Creditors), LLC; AGIA (Assignment for the Benefit of Creditors), LLC; ACS (Assignment for the Benefit of Creditors), LLC; AGIAC (Assignment for the Benefit of Creditors), LLC; APF (Assingment for the Benefit of Creditors), LLC; Access General Agency of Arizona, LLC; and Access General Agency of Pennsylvania, LLC, Appellants**

v.

**Cantilo & Bennett, LLP,**
**Special Deputy Receiver of Access Insurance Company Inc., Appellee**

---

### APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES GODWIN, KELLY, AND SMITH
### REVERSED AND RENDERED -- OPINION BY JUSTICE KELLY

This is an appeal from the interlocutory order signed by the trial court on October 3, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the order. Therefore, the Court reverses the trial court's interlocutory order denying special appearances and renders judgment dismissing claims against appellants for want of jurisdiction. Appellee shall pay all costs relating to this appeal, both in this Court and in the court below.